### IN THE UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF KANSAS

| | |
|---|---|
| **SHAWNA DAVIDSON**<br><br>**Plaintiff,**<br><br>v.<br><br>**ENTERPRISE BANK AND TRUST,**<br><br>**Defendant.** | Case No. 12-CV-2606-CM-DJW |

### NOTICE OF DISMISSAL

Plaintiff Shawna Davidson ("Davidson"), by and through her counsel, John M. Duggan and David L. Ballew of Duggan, Shadwick, Doerr & Kurlbaum, P.C. hereby notifies the Court that the parties to this action have settled all issues disputed between them. Davidson therefore dismisses all claims against Enterprise Bank and Trust in the above-captioned action pursuant to Fed. R. Civ. P. 41. Pursuant to the terms of the Settlement Agreement executed by the parties, Davidson further notifies the Court that her claims against Enterprise Bank and Trust are dismissed with prejudice.

2

Respectfully Submitted,

DUGGAN, SHADWICK, DOERR
& KURLBAUM, P.C.


    /S/ JOHN M. DUGGAN
By: John M. Duggan, KS #14053
    Deron A. Anliker, KS #16877
    David L. Ballew, KS #25056
    11040 Oakmont St.
    Overland Park, Kansas 66210-1100
    Tele  (913) 498-3536
    Fax:  (913) 498-3538
    jduggan@kc-dsdlaw.com
    danliker@kc-dsdlaw.com
    dballew@kc-dsdlaw.com
    *Attorney for Plaintiff*
    *Shawna Davidson*